UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Steve Jordan
        Plaintiff,

v.        Case No.: 1:24−cv−08065
        Honorable John J. Tharp Jr.

Paylocity Corporation
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 26, 2024:

    MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion to dismiss the defendant's counterclaim [14] is taken under advisement. The defendant's response is due 12/16/2024; the plaintiff's reply is due 1/6/2025. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.